IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PHONE CHECK SOLUTIONS, LLC, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 2:23-CV-511-JRG-RSP |
| v. | § § § | |
| BLACKBELT SMARTPHONE DEFENCE LTD., | § § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Phone Check Solutions, LLC ("Plaintiff") and Blackbelt Smartphone Defence Ltd. ("Defendant"). (Dkt. No. 9.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Feb 6, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE